People v Cortes (2004 NY Slip Op 50443(U))

[*1]

People v Cortes

2004 NY Slip Op 50443(U)

Decided on May 26, 2004

Supreme Court, Bronx County

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on May 26, 2004

Supreme Court, Bronx County
THE PEOPLE OF THE STATE OF NEW YORK,
against
EUGENIO CORTES, Defendant.

Opinion withdrawn from on-line only publication by the State Reporter. This opinion will be published in the Miscellaneous Reports. See People v Cortes (2004 NY Slip Op 24185).